IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| SHAY FERGUSON and ) <br> JOSHUA COLEMAN, Individually ) <br> and on behalf of all others similarly ) <br> situated ) <br> ) <br>     Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> ARKANSAS SUPPORT NETWORK, INC. ) <br> ) <br>     Defendant ) | Case No.: 5:17-cv-05257-PKH |

**RESPONSE TO PLAINTIFFS' MOTION
FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE**

Comes Arkansas Support Network, Inc. (hereinafter ASN), defendant herein, by and through its attorneys of record, Bassett Law Firm LLP, by Shannon Fant, and for its Response to Plaintiffs' Motion for Conditional Certification and Court-Authorized Notice (Doc 14) states as follows, to-wit:

**I.      Argument**

Defendant acknowledges this case is brought under the Fair Labor Standards Act ("FLSA"). Allegations, however, are not proof. Discovery in this case is just beginning. So far, there is no proof of anything and certainly no proof of any violations of the FLSA. It is premature to state as fact, as plaintiffs have attempted, that this case is "perfectly suited for conditional certification" or that all ASN's "direct support professionals are similarly situated" or that "The Company made one single classification decision that .. applied to <u>all</u> direct support

professionals." (emphasis added).  *See Plaintiffs' Brief in Support (Doc 15), pg. 2 of 17*. Plaintiffs have no proof - or frankly any real idea at this stage - of what each and every alleged putative class member did or did not do in their job functions day to day.  Terms like "provided support and assistance" are generic and simply an attempt to "catch all".  *See Plaintiffs' Brief in Support (Doc 15), pg. 3 of 17.*  Such generalized classifications or language are not based upon actual proof of what each employee did or did not do depending on each particular situation, and plaintiffs cannot claim otherwise at this early stage of litigation.

Defendant, however, does admit it worked with and abided fully with the Department of Labor's advice and recommendations regarding certain employees.  Following the DOL's instruction is exactly what any employer should do.  That fact does not mean each alleged "direct support professional" fits within a "class" or that each is "similarly situated" to the other, which plaintiffs presume to be true.  Merely alleging as much does not make it fact.  Plaintiffs' real complaint in this case seems to be with the DOL and what it instructed ASN to do or not do.  Such a belief does not make a class action, and is certainly not evidence of a putative class of plaintiffs.

More importantly, plaintiffs have not provided sufficient evidence each potential plaintiff of the proposed putative class in fact provided "companionship services" as defined by the federal regulations or that any "Final Rule changes" or amendments to federal law would apply to them at all.  It is defendant's position that at this early stage in the litigation plaintiffs are asking the Court to presume a class exists, which it should not do.  Plaintiffs are asking the Court to just take it on faith.  As in any case, plaintiffs have the burden of proof.  Here, plaintiffs are making allegations and asking the Court to order defendant to prove them wrong.  The Court should deny the request.

WHEREFORE, PREMISES CONSIDERED, the defendant, Arkansas Support Network, Inc., prays that plaintiffs' Motion for Conditional Certification and Court-Authorized Notice (Doc 14) be denied.

          **ARKANSAS SUPPORT NETWORK, INC.**

BY:   /s/ Shannon L. Fant
       SHANNON L. FANT (AR BAR #97139)
       BASSETT LAW FIRM LLP
       221 North College Avenue
       P.O. Box 3618
       Fayetteville, AR 72702-3618
       Phone: 479-521-9996
       Fax:    479-521-9600
       Email: sfant@bassettlawfirm.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2018, I electronically filed the foregoing with the Clerk of the United States District Court for the Western District of Arkansas, using the CM/ECF system which sent notification of such filing to all CM/ECF participants of record, and hereby certify that I have mailed the document by United States Postal Service to all non CM/ECF participants to which notice is required.

       /s/ Shannon L. Fant
       SHANNON L. FANT