IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| SHAY FERGUSON and ) | | |
| JOSHUA COLEMAN, Individually ) | | |
| and on behalf of all others similarly ) | | |
| situated ) | | |
| ) | | |
|   Plaintiffs ) | | |
| ) | | |
| vs. ) | | Case No.: 5:17-cv-05257-PKH |
| ) | | |
| ARKANSAS SUPPORT NETWORK, INC. ) | | |
| ) | | |
|   Defendant ) | | |

**RESPONSE TO PLAINTIFFS' MOTION
FOR PARTIAL SUMMARY JUDGMENT**

  Comes Arkansas Support Network, Inc. (hereinafter ASN), defendant herein, by and through its attorneys of record, Bassett Law Firm LLP, by Shannon Fant, and for its Response to Plaintiffs' Motion for Partial Summary Judgment (Doc 44) states as follows, to-wit:

  ASN has no dispute with the general allegations on Plaintiff's Statement of Undisputed Material Facts (Doc 46), except to say that defendant disagrees that all opt-in plaintiffs are "similarly situated" and should be members of the class. ASN has identified five (5) salaried employees who it believes to be outside of the class parameters. ASN is optimistic this issue can and will be resolved in good faith between the parties without Court intervention.

  With respect to the heart of Plaintiffs' Motion, this issue is not simply a question of law. ASN is complying with the DOL finding and paying overtime wages on a pay schedule the DOL specified. What Plaintiffs are really trying do is to get the cart before the horse so to speak.

Plaintiffs are looking for a finding that ASN "willfully violated" or "recklessly disregarded" the FLSA so they can present a claim for liquated damages. Such questions, however, are what juries are for; they are not questions of law.

ASN is a non-profit entity providing greatly needed services to the citizens of the State of Arkansas, and yes, it is dependent of the State and Federal government to do so.  ASN's former CEO, Dr. Keith Vire, brought the issue of the anticipated FLSA final rule changes to the attention of the Arkansas Department of Human Services and many others.  *See Plaintiffs' Motion, Ex. C.*  The short version truth of the matter is ASN was told no, the issue would be appealed and hold fast.  The appeal ultimately failed, leaving ASN and many others in a terrible spot to deny care to people who need it.  Respectfully, questions of intent are not for the Court to decide.

WHEREFORE, PREMISES CONSIDERED, the defendant, Arkansas Support Network, Inc., prays that plaintiffs' Motion for Partial Summary Judgment be denied.

        **ARKANSAS SUPPORT NETWORK, INC.**

BY:   /s/ Shannon L. Fant
        SHANNON L. FANT (AR BAR #97139)
        BASSETT LAW FIRM LLP
        221 North College Avenue
        P.O. Box 3618
        Fayetteville, AR  72702-3618
        Phone: 479-521-9996
        Fax:    479-521-9600
        Email: sfant@bassettlawfirm.com

        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 12th day of October, 2018, I electronically filed the foregoing with the Clerk of the United States District Court for the Western District of Arkansas, using the CM/ECF system which sent notification of such filing to all CM/ECF participants of record, and hereby certify that I have mailed the document by United States Postal Service to all non CM/ECF participants to which notice is required.

               /s/ Shannon L. Fant  
               SHANNON L. FANT